11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Acme Paving, Inc.

Appellant

Vs.                   No. 11-03-00249-CV B Appeal from Harris County

Texas Builders and Contractors, Inc.

Appellee

 

Acme Paving, Inc. and Texas Builders and
Contractors, Inc. have filed in this court a joint motion to dismiss the
appeal.  The parties state that they
have reached an agreement to settle and compromise.  The motion is granted. 
TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

October 2, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.